STEPHEN M. LOBBIN
sml@smlavvocati.com
SML AVVOCATI P.C.
888 Prospect Street, Suite 200
San Diego, California 92037
(949) 636-1391 (Phone)

*Attorney(s) for Social Positioning Input Systems, LLC*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOCIAL POSITIONING INPUT SYSTEMS, LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>MOJIO USA, INC.,<br><br>*Defendant*. | CASE NO.: 4:21-cv-08827-HSG<br><br>PATENT CASE<br><br>ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME<br><br>Hon. Haywood S. Gilliam, Jr. |

## ORDER

Having considered the request of the parties for counsel for:

1. A twenty-one (21) day extension of time for Plaintiff to file its Response to Defendant's Motion to Dismiss up to and including January 24, 2022; and

2. Defendant's deadline to file its reply in support of its motion to dismiss be extended up to and including February 7, 2022.

The parties' request is hereby GRANTED.

DATED: 1/4/2022

_____
HONORABLE UNITED STATES
DISTRICT COURT JUDGE